UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:18-cr-97 |
| v. | ) |
| | ) Judge Collier/Lee |
| DANIEL CHADWICK, | ) |
| also known as "Boone," | ) |
| JOHN MILLER, | ) |
| CHASTITY McDONALD, | ) |
| DANYALE COOPER, | ) |
| and | ) |
| TODD HARMON | ) |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter and this entire case. The defendants are not in custody. Additionally, this case is part of an ongoing investigation that needs to be protected. So as not to alert the defendants in advance of their pending arrest, and to not compromise the investigation, it is respectfully requested that the Court seal the indictment and this case until such time as all the defendants are arrested and this Court orders the indictment and case be unsealed.

Respectfully submitted this 24th day of July, 2018.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: _____
Terra L. Bay
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140