UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
 )
v. ) 1:18-cr-97,
 )
 ) Judge Collier / Lee
 )
DANIEL CHADWICK, )
  also known as "Boone," )
JOHN MILLER, )
CHASTITY McDONALD, )
DANYALE COOPER, )
  and )
TODD HARMON )

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Indictment and this case be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE