**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:18-cr-97 |
| | ) | Judges Collier/Lee |
| DANIEL CHADWICK | ) | |
| also known as "Boone" | ) | **FILED UNDER SEAL** |

## O R D E R

On the petition of the United States of America by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, it is hereby **ORDERED** that:

1. The Clerk of this Court is instructed to issue a writ of *habeas corpus ad prosequendum* to the Warden of the Georgia Diagnostic and Classification State Prison, Jackson, Georgia, to bring **Daniel Chadwick, GDC ID # 1000279545**, before this Court at Chattanooga, Tennessee, on **August 29, 2018, at 2:00 p.m.**, for an Initial Appearance or for other proceedings with respect to an indictment previously returned against him.

2. Daniel Chadwick shall remain in the custody of this Court until his case is resolved. Following resolution of Mr. Chadwick's case, he will be returned to the Georgia Diagnostic and Classification State Prison in Jackson, Georgia, unless this Court orders otherwise.

3. If the Warden so elects, the United States Marshal for the Eastern District of Tennessee (or any other duly authorized United States Marshal or Deputy United States Marshal) is directed to receive Daniel Chadwick into custody and transport him to and from said Georgia Diagnostic and Classification State Prison, and to and from this Court for the purposes described herein.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE