☑ Initial Appearance ☐ Complaint ☐ Preliminary Exam ☐ Motion Hearing
☑ Indictment ☐ SSI ☐ Information ☐ Detention Hearing ☐ Bond Hearing
☐ Petition for Probation/Supervised Release action ☑ Arraignment ☐ Arraignment on SSI

Case No. **1:18-cr-97**   USA v. **Daniel Chadwick**

**PRESENT:** Honorable **Susan K. Lee**   ☐ U.S. District Judge **OR** ☑ U.S. Magistrate Judge

**Terra Bay**   **Chris Lanier**
Assistant U.S. Attorney   Attorney for Defendant   Probation Officer
   ☑ Appt.  ☐ Retd  ☐ Ltd. App.

**Courtney Camp**
Courtroom Deputy   Court Reporter   Interpreter(s)   ☐ SWORN

Digital Recording: Crtrm 1B ☐   **OR** Crtrm 4 ☑

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN   **DATES SET:**

☑ Financial affidavit(s) executed   Detention hearing: **waived**
☑ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)   Preliminary exam: _____
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights   Revocation hearing: _____
☐ Deft advised of Rules 20, 5 FRCrP
☐ Deft executed waiver of Rule 5, 5.1 hearing   Arraignment: _____
☑ Deft waived reading of indictment/information
☐ Indictment/Information read   OTHER: _____
☑ Deft pleads not guilty to counts **1**
☐ Not guilty plea entered by Court on deft's behalf
☐ Deft. entered no plea

Court ordered file   ☐ sealed **OR**   ☑ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

I, Courtney Camp, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Chatt 1-18-cr-97_20180829_132622

**BOND**
☑ Govt. motion for detention without bond: ☑ granted ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____   Type: _____
   Defendant ineligible for release on bond: _____
Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond ☐ released on bond

Time: **2:05** to **2:20**   Date: **8/29/18**

rev 3/09